# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 19-1222**  September Term, 2019

EPA-84FR44547

Filed On: October 28, 2019 [1812757]

Environmental Defense Fund,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

## O R D E R

The petition for review in this case was filed and docketed on October 23, 2019, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | November 27, 2019 |
| Docketing Statement Form | November 27, 2019 |
| Procedural Motions, if any | November 27, 2019 |
| Statement of Intent to Utilize Deferred Joint Appendix | November 27, 2019 |
| Statement of Issues to be Raised | November 27, 2019 |
| Underlying Decision from Which Appeal or Petition Arises | November 27, 2019 |
| Dispositive Motions, if any (Original and 4 copies) | December 12, 2019 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-1222**                                                                                     **September Term, 2019**

| | |
|---|---|
| Entry of Appearance Form | November 27, 2019 |
| Procedural Motions, if any | November 27, 2019 |
| Certified Index to the Record | December 12, 2019 |
| Dispositive Motions, if any (Original and 4 copies) | December 12, 2019 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

                                                         **FOR THE COURT:**
                                                          Mark J. Langer, Clerk

                             BY:    /s/
                                             Amanda Himes
                                             Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases