<u>ORAL ARGUMENT NOT YET SCHEDULED</u>

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> *Petitioners*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> *Respondents*. | No. 19–1227 <br><br> Consolidated with <br> No. 19–1222 |

**CERTIFICATE AS TO PARTIES, RULINGS,
AND RELATED CASES**

Pursuant to the Court's Orders, the undersigned petitioners in *State of California, et al. v. U.S. Environmental Protection Agency, et al*. (Case No. 19-1227) (collectively, State Petitioners) submit this certificate as to parties, rulings, and related cases.

**A.  Parties**

This case is a petition for review of a final agency action. The parties are as follows:

1

<u>Petitioners</u>:

19-1227:   The States of California (by and through Attorney General Xavier Becerra and the California Air Resources Board), Illinois, Maryland, New Jersey, New Mexico, Oregon, Rhode Island, and Vermont, and the Commonwealth of Pennsylvania (by and through Attorney General Josh Shapiro and its Department of Environmental Protection)

19-1222:   The Environmental Defense Fund

<u>Respondents</u>:

19-1227:   United States Environmental Protection Agency (EPA); Andrew R. Wheeler, in his official capacity as Administrator, EPA

19-1222:  EPA

*Amici*:

None at Present.

**B.   Rulings Under Review**

State Petitioners seek review of the final regulatory action taken by EPA titled "Adopting Subpart Ba Requirements in Emission Guidelines for Municipal Solid Waste Landfills," 84 Fed. Reg. 44,547 (Aug. 26, 2019).

**C.   Related Cases**

None at present.

Dated: February 6, 2020　　　　　　　Respectfully Submitted,

                                              XAVIER BECERRA
                                              Attorney General of California
                                              GARY E. TAVETIAN
                                              DAVID A. ZONANA
                                              Supervising Deputy Attorneys General
                                              ELIZABETH B. RUMSEY
                                              TIMOTHY E. SULLIVAN
                                              Deputy Attorneys General

                                              */s/ Julia K. Forgie*
                                              JULIA K. FORGIE
                                              Deputy Attorney General
                                              300 S. Spring St., Suite 1702
                                              Los Angeles, CA 90013
                                              Telephone: (213) 269-6623
                                              Email: Julia.Forgie@doj.ca.gov
                                              *Attorneys for State of California, by and through Attorney General Xavier Becerra and the California Air Resources Board*

*Additional counsel listed on following page.*

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General of Illinois
Matthew J. Dunn
Chief, Environmental Enforcement/
Asbestos Litigation Division

*/s/ Daniel I. Rottenberg*
Daniel I. Rottenberg
Assistant Attorney General
Environmental Bureau
Office of the Attorney General
69 W. Washington St., 18th Floor
Chicago, Illinois 60602
(312) 814-3816
DRottenberg@atg.state.il.us

FOR THE STATE OF NEW JERSEY

GURBIR S. GREWAL
Attorney General of New Jersey

*/s/ Aaron A. Love*
Aaron A. Love
Deputy Attorney General
R.J. Hughes Justice Complex
25 Market St.
Trenton, NJ 08625-0093
(609) 376-2762
aaron.love@law.njoag.gov

FOR THE STATE OF MARYLAND

BRIAN E. FROSH
Attorney General of Maryland

*/s/ Joshua M. Segal*
Joshua M. Segal
Special Assistant Attorney General
200 St. Paul Place
Baltimore, Maryland 21202
(410) 576-6446
jsegal@oag.state.md.us

FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General of Oregon

*/s/ Paul Garrahan*
Paul Garrahan
Attorney-in-Charge
Steve Novick
Special Assistant Attorney General
 Natural Resources Section
Oregon Department of Justice
1162 Court Street, N.E.
Salem, Oregon 97301-4096
(503) 947-4342
paul.garrahan@doj.state.or.us
steve.novick@doj.state.or.us

| | |
|---|---|
| FOR THE STATE OF NEW MEXICO | FOR THE STATE OF RHODE ISLAND |
| HECTOR BALDERAS<br>Attorney General of New Mexico | PETER F. NERONHA<br>Attorney General of Rhode Island |
| */s/ Bill Grantham*<br>Bill Grantham<br>Assistant Attorney General<br>201 Third Street NW, Suite 300<br>Albuquerque, New Mexico 87102<br>(505) 717-3520<br>wgrantham@nmag.gov | */s/ Gregory S. Schultz*<br>Gregory S. Schultz<br>Special Assistant Attorney General<br>RI Office of Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400<br>gschultz@riag.ri.gov |
| FOR THE COMMONWEALTH OF PENNSYLVANIA | FOR THE STATE OF VERMONT |
| JOSH SHAPIRO<br>Attorney General of Pennsylvania<br>Ann R. Johnston<br>Senior Deputy Attorney General | THOMAS J. DONOVAN, JR.<br>Attorney General of Vermont |
| */s/ Michael J. Fischer*<br>Michael J. Fischer<br>Chief Deputy Attorney General<br>Pennsylvania Office of Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120<br>(215) 560-2171<br>mfischer@attorneygeneral.gov | */s/ Nicholas F. Persampieri*<br>Nicholas F. Persampieri<br>Assistant Attorney General<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, Vermont 05609<br>(802) 828-3186<br>nick.persampieri@vermont.gov |

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2020, I caused a copy of the foregoing **Certificate as to Parties, Rulings, and Related Cases** to be filed with the Clerk of the Court using the Court's CM/ECF system, and that, therefore, service was accomplished upon counsel of record by the Court's system.

                                                    */s/ Julia K. Forgie*
                                                    JULIA K. FORGIE