ORAL ARGUMENT NOT SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | **Case No. 19-1222**<br>**Consolidated with 19-1227** |

**RESPONSE CONCURRING WITH
RESPONDENT'S CONSENT MOTION FOR
VOLUNTARY VACATUR AND REMAND**

On February 5, 2021, this Court ordered the parties in these consolidated cases to file motions to govern future proceedings by March 4, 2021. ECF #1884027 (Order dated Feb. 5, 2021). Respondent has filed a consent motion for voluntary vacatur and remand of the Delay Rule. To fully comply with this Court's order, Petitioners submit this response concurring with Respondent's consent motion for voluntary vacatur and remand. As Petitioners explained in their Rule 28(j) letter filed on January 26, 2021, the opinion issued in *American Lung Association v. U.S. Environmental Protection Agency*, 985 F.3d 914 (D.C. Cir. 2021), vacated the timing requirements that are the predicate for the Delay Rule at issue here. Without that

1

predicate, the Delay Rule is unjustified and must be vacated as well. Petitioners therefore request that this Court grant the relief Respondent seeks in its motion for voluntary vacatur and remand.

Dated: March 4, 2021                                Respectfully submitted,

FOR ENVIRONMENTAL DEFENSE FUND           FOR THE STATE OF CALIFORNIA

*/s/ Rachel Fullmer*                                XAVIER BECERRA
Rachel Fullmer                                      Attorney General of California
Peter Zalzal                                        ROBERT W. BYRNE
Environmental Defense Fund                          Senior Assistant Attorney General
2060 Broadway, Suite 300                            DAVID A. ZONANA
Boulder, CO 80302                                   Acting Senior Assistant Attorney General
Telephone: (303) 447-7208                           GARY E. TAVETIAN
rfullmer@edf.org                                    Supervising Deputy Attorney General
                                                    ELIZABETH B. RUMSEY
Susannah L. Weaver                                  Deputy Attorney General
Matthew Littleton
Donahue, Goldberg, Weaver &                         */s/ Julia K. Forgie*
Littleton                                           JULIA K. FORGIE
1008 Pennsylvania Avenue SE                         Deputy Attorney General
Washington, DC 20003                                300 S. Spring St., Suite 1702
Telephone: (202) 569-3818                           Los Angeles, CA 90013
susannah@donahuegoldberg.com                        Telephone: (213) 269-6623
                                                    Email: Julia.Forgie@doj.ca.gov

*Attorneys for Petitioner Environmental
Defense Fund*                                       *Attorneys for Petitioner State of California, by
                                                    and through Attorney General Xavier Becerra
                                                    and the California Air Resources Board*

2

| | |
|---|---|
| FOR THE STATE OF ILLINOIS | FOR THE STATE OF MARYLAND |
| KWAME RAOUL<br>Attorney General of Illinois<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/<br>Asbestos Litigation Division<br><br>*/s/ Daniel I. Rottenberg*<br>DANIEL I. ROTTENBERG<br>Assistant Attorney General<br>Environmental Bureau<br>Office of the Attorney General<br>69 W. Washington St., 18th Floor<br>Chicago, Illinois 60602<br>(312) 814-3816<br>DRottenberg@atg.state.il.us<br><br>*Attorneys for Petitioner State of Illinois* | BRIAN E. FROSH<br>Attorney General of Maryland<br><br>*/s/ Joshua M. Segal*<br>JOSHUA M. SEGAL<br>Special Assistant Attorney General<br>200 St. Paul Place<br>Baltimore, Maryland 21202<br>(410) 576-6446<br>jsegal@oag.state.md.us<br><br>*Attorneys for Petitioner State of Maryland* |
| FOR THE STATE OF NEW JERSEY | FOR THE STATE OF NEW MEXICO |
| GURBIR S. GREWAL<br>Attorney General of New Jersey<br><br>*/s/ Lisa J. Morelli*<br>LISA J. MORELLI<br>Deputy Attorney General<br>New Jersey Division of Law<br>25 Market Street<br>Trenton, New Jersey 08625<br>(609) 376-2745<br>Lisa.morelli@law.njoag.gov<br><br>*Attorneys for Petitioner State of New Jersey* | HECTOR BALDERAS<br>Attorney General of New Mexico<br><br>*/s/ Bill Grantham*<br>BILL GRANTHAM<br>Assistant Attorney General<br>201 Third Street NW, Suite 300<br>Albuquerque, New Mexico 87102<br>(505) 717-3520<br>wgrantham@nmag.gov<br><br>*Attorneys for Petitioner State of New Mexico* |

| | |
|---|---|
| FOR THE STATE OF OREGON | FOR THE COMMONWEALTH OF PENNSYLVANIA |
| ELLEN F. ROSENBLUM<br>Attorney General of Oregon | JOSH SHAPIRO<br>Attorney General of Pennsylvania<br>MICHAEL J. FISCHER<br>Chief Deputy Attorney General |
| */s/ Paul Garrahan*<br>PAUL GARRAHAN<br>Attorney-in-Charge<br>STEVE NOVICK<br>Special Assistant Attorney General<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street, N.E.<br>Salem, Oregon 97301-4096<br>(503) 947-4342<br>paul.garrahan@doj.state.or.us<br>steve.novick@doj.state.or.us | */s/ Ann R. Johnston*<br>ANN R. JOHNSTON<br>Senior Deputy Attorney General<br>Pennsylvania Office of Attorney General<br>Strawberry Square<br>Harrisburg, Pennsylvania 17120<br>(717) 705-6938<br>ajohnston@attorneygeneral.gov |
| *Attorneys for Petitioner State of Oregon* | *Attorneys for Petitioner Commonwealth of Pennsylvania* |
| FOR THE STATE OF RHODE ISLAND | FOR THE STATE OF VERMONT |
| PETER F. NERONHA<br>Attorney General of Rhode Island | THOMAS J. DONOVAN, JR.<br>Attorney General of Vermont |
| */s/ Gregory S. Schultz*<br>GREGORY S. SCHULTZ<br>Special Assistant Attorney General<br>RI Office of Attorney General<br>150 South Main Street<br>Providence, Rhode Island 02903<br>(401) 274-4400<br>gschultz@riag.ri.gov | */s/ Nicholas F. Persampieri*<br>NICHOLAS F. PERSAMPIERI<br>Assistant Attorney General<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, Vermont 05609<br>(802) 828-3171<br>nick.persampieri@vermont.gov |
| *Attorneys for Petitioner State of Rhode Island* | *Attorneys for Petitioner State of Vermont* |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Response Concurring with Respondent's Consent Motion for Voluntary Vacatur and Remand is printed in a proportionally spaced font of 14 points and that, according to the word-count program in Microsoft Word, it contains 146 words.

/s/ *Julia K. Forgie*
JULIA K. FORGIE

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 4, 2021, I caused a copy of the foregoing Response Concurring with Respondent's Consent Motion for Voluntary Vacatur and Remand to be filed with the Clerk of the Court using the Court's CM/ECF system, and that, therefore, service was accomplished upon counsel of record by the Court's system.

/s/ Julia K. Forgie
JULIA K. FORGIE