# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-1222**  September Term, 2020

EPA-84FR44547

**Filed On: April 5, 2021**

Environmental Defense Fund,

    Petitioner

v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 19-1227

    **BEFORE:** Rogers and Wilkins, Circuit Judges, and Sentelle, Senior Circuit Judge

## O R D E R

Upon consideration of respondent's motion for voluntary vacatur and remand and the response in support thereof, it is

**ORDERED**, on the court's own motion, that these consolidated cases be removed from abeyance. It is

**FURTHER ORDERED** that the motion for voluntary vacatur and remand be granted. Respondent's action in Adopting Requirements in Emission Guidelines for Municipal Solid Waste Landfills, 84 Fed. Reg. 44547 (Aug. 26, 2019), is hereby vacated and these consolidated cases are remanded for further proceedings.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                     BY:    /s/
                              Manuel J. Castro
                              Deputy Clerk