# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-1222**　　　　　　　　　　　　September Term, 2020

EPA-84FR44547

Filed On: April 5, 2021 [1893134]

Environmental Defense Fund,

　　　　Petitioner

　v.

Environmental Protection Agency,

　　　　Respondent

------------------------------

Consolidated with 19-1227

## M A N D A T E

　　In accordance with the order of April 5, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　Manuel J. Castro
　　　　　　　　　　　　　　　　Deputy Clerk

Link to the order filed April 5, 2021